

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00768-CR

Anthony **GONZALES**,
Appellants

v.

The **STATE** of Texas,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 11-05-00079-CRF
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 12, 2014.

_____
Marialyn Barnard, Justice